IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.   CASE NO. 4:10CR00326-01 JMM

BILLY HOLMES

## ORDER

Pending is the Government's motion to dismiss the indictment based on the death of the defendant. (Docket #14). The motion is GRANTED. The Indictment against Billy Holmes is hereby dismissed.

IT IS SO ORDERED this 22nd day of April, 2011.

_____
James M. Moody
United States District Judge